UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136



AUG - 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN
-v
_____
DEPUTY CLERK

J. Michael McMahon
Clerk

USDC ED OF CALIFORNIA

Date: 7/25/05

In Re: REZULIN

MDL    1348

Your Docket #

2:05-1072 FCD

S.D. OF N.Y.

05-6672

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge KAPLAN    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By: Dorothy Guranich
Deputy Clerk

A CERTIFIED TRUE COPY

JUL 1 1 2005

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2005

05 CV 6672

FILED
CLERK'S OFFICE

DOCKET NO. 1348

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REZULIN PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-80)

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,808 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY [signature]
DEPUTY CLERK

## SCHEDULE CTO-80 - TAG-ALONG ACTIONS
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #         CASE CAPTION

CALIFORNIA EASTERN
| | | |
|---|---|---|
| CAE 2 | 05-1051 | Georgia Thompson, et al. v. Warner-Lambert Co., LLC, et al. |
| CAE 2 | 05-1053 | Phyliss Kay Antrim, et al. v. Warner-Lambert Co., LLC, et al. |
| CAE 2 | 05-1055 | Barbara Anderson, et al. v. Warner-Lambert Co., LLC, et al. |
| CAE 2 | 05-1065 | Diego Anaya, et al. v. Warner-Lambert Co., LLC, et al. |
| CAE 2 | 05-1066 | Maechrister Evans, et al. v. Warner-Lambert Co., LLC, et al. |
| CAE 2 | 05-1072 | Doris Aaron, et al. v. Warner-Lambert Co., LLC, et al. |

LOUISIANA EASTERN
LAE 2    05-1818         Mary Millner, et al. v. Warner-Lambert, LLC, et al.